# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SPENCER SAVINGS BANK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-40209-FDS |
| UNITED STATES OF AMERICA and JOHN J. PETRUZZI, | ) ) ) | |
| Defendants. | ) ) ) | |

### ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO JOHN J. PETRUZZI

**SAYLOR, J.**

Plaintiff Spencer Savings Bank filed this interpleader action for declaratory judgment in state court on September 20, 2010. Defendants are John J. Petruzzi, a former homeowner, and the United States of America. In July 2010 Spencer conducted a foreclosure sale on Petruzzi's home at 115 West Main Street, East Brookfield, Massachusetts, and the debt it was owed under its first recorded mortgage was satisfied. There now remains a surplus of sale proceeds in the amount of $78,376.82. Spencer seeks declaratory judgment as to the rights of the United States and Petruzzi with respect to the surplus. Plaintiff has submitted an affidavit, with supporting documentation, that states that the Internal Revenue Service has two recorded tax liens on the property in the amount of $414,038.99.

The United States removed the case to this Court and filed an answer. Petruzzi failed to answer or otherwise defend the action. Default was entered against Petruzzi pursuant to Fed. R. Civ. P. 55(a) on January 14, 2011. He has not responded. Pending before the Court is plaintiff's

Rule 55(b)(2) motion for default judgment as to Petruzzi. The motion requests that this Court declare that Petruzzi has no rights in the surplus proceeds. The United States has not opposed the motion.

Because Petruzzi has failed to defend this action and because it appears that the United States is entitled to all of the remaining surplus proceeds, plaintiff's motion for default judgment as to Petruzzi is GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED that John J. Petruzzi has no rights, interest, or claim to the surplus proceeds from the foreclosure sale of the property located at 115 West Main Street, East Brookfield, Massachusetts.

**So Ordered.**

                                                  /s/ F. Dennis Saylor
                                                  F. Dennis Saylor IV
Dated: June 7, 2011                          United States District Judge